# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

EMILIO R. MORAN

RECEIVED DEC 0 5 2019 U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

CRIMINAL CASE: 5:19-CR-479-D(4)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**EMILIO R. MORAN** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

_____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 2251 (a) and 3261 (a): Production of Child Pornography
Count 2 - 18 U.S.C. § 2243 (a) and 3261 (a): Sexual Abuse of a Minor
Count 3 - 18 U.S.C. § 2422 (b): Enticement of a Minor
Count 4 - 18 U.S.C. § 1470 and 3261 (a): Transfer of Obscene Material to a Minor
Count 5, 6, 7 - 18 U.S.C. § 1512(b): Tampering with a witness, victim, or an informant
Count 8 - 18 U.S.C. § 1519 and 3261 (a): Destruction, Alteration, or Falsification of records in Federal Investigations

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

December 5, 2019 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 12/05/19 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 12/16/19 | Addy Penniman, HSI | by J. Bowyer, USMS |

FILED
DEC 2 0 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK