IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-0479-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | MOTION TO SEAL PROPOSED SEALED DOCUMENT |
| EMILIO MORAN | |

Defendant Moran, through undersigned counsel, respectfully moves the Court, pursuant EDNC Local Rule 55.2, to seal the proposed sealed document filed at Docket Entry 64, in the above-captioned case due to the content therein. This document is relevant to sentencing.

Respectfully submitted this 21st day of June 2021.

THE SALMON LAW FIRM, LLP

*Elisa Cyre Salmon*
Elisa Cyre Salmon
N.C. State Bar No. 35242
Post Office Box 185
Lillington, North Carolina 27546
T: (910) 984-1012
F: (910) 893-4608
Email: esalmon@salmonfirm.com
*CJA Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, undersigned counsel filed the attached motion with the Court's CM/ECF system, which sent electronic notice to the following counsel of record:

Mr. John Parris, Assistant United States Attorney
Eastern District of North Carolina

Respectfully submitted this 21st day of June 2021.

                        THE SALMON LAW FIRM, LLP

                        *Elisa Cyre Salmon*
                        Elisa Cyre Salmon