UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-0479-D

UNITED STATES OF AMERICA,

v.

EMILIO MORAN

ORDER

Before the Court for consideration is Defendant Moran's Motion to Seal Proposed Document, provisionally filed at D.E. 64. For good cause shown the Motion to seal is GRANTED.

It is therefore ORDERED that Docket Number 64 shall be and is hereby sealed.

SO ORDERED this _____ day of _____ 2021.

_____
HON. JAMES C. DEVER III
U.S. DISTRICT JUDGE